UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ANTHONY SMITH (433385)

VERSUS

LOUISIANA STATE PENITENTIARY, ET AL

CIVIL ACTION

NO. 11-571-BAJ-DLD

## RULING AND ORDER OF DISMISSAL

The Court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated September 2, 2011, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, IT IS ORDERED that plaintiff's action is dismissed, without prejudice, for failure to exhaust administrative remedies pursuant to 42 U.S.C. § 1997e, but with prejudice to his refiling of the same claim or claims in forma pauperis.

Baton Rouge, Louisiana, September 30, 2011.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA